Get Email Updates | Contact Us

*Home • Briefing Room • Disclosures • Request Visitor Access Records*

Search WhiteHouse.gov    Search

**BRIEFING ROOM**
Your Weekly Address
Speeches & Remarks
Press Briefings
Statements & Releases
Presidential Actions
   Executive Orders
   Presidential Memoranda
   Proclamations
Featured Legislation
Nominations & Appointments
Disclosures
   Financial Disclosures
   Annual Report to Congress on White House Staff
   Visitors Access Records
   Ethics Pledge Waivers

## Request White House Visitor Access Records

Per the 'White House Voluntary Disclosure Policy, Visitor Access Records,' President Barack Obama has "decided to increase governmental transparency by implementing a voluntary disclosure policy governing White House visitor access records." As outlined in the policy, for records between January 20 and September 15, 2009, White House Counsel will respond voluntarily to individual requests submitted to the Counsel's Office that are reasonable, narrow, and specific (e.g., requests that list specific possible visitors). To request such visitor access records, please complete the form below.

**Your Information**

Your Email:  
An email will be sent to this address informing you when your request has been processed.

Your First Name:

Your Last Name:  
For all record requests, please include the first and last name of the visitor, as well as the date range of their visit.

**Visitor 1 Information**

Visitor Access Record Request - Last Name, First Name, Middle Initial:

From: Year | Month | Day

To: Year | Month | Day

Visitor 2 Information

Visitor 3 Information

Visitor 4 Information

Visitor 5 Information

Visitor 6 Information

Visitor 7 Information

Visitor 8 Information

Visitor 9 Information

Visitor 10 Information

**This question is for testing whether you are a human visitor and to prevent automated spam submissions.**

  

*Provided by reCAPTCHA[TM]*

| **Home** | **Briefing Room** | **Issues** | **The Administration** | **About the White House** | **Our Government** |
|---|---|---|---|---|---|
| The White House Blog | Your Weekly Address | Civil Rights | President Barack Obama | History | The Executive Branch |
| **Photos & Videos** | Speeches & Remarks | Defense | Vice President Joe Biden | Presidents | The Legislative Branch |
| Photo Galleries | Press Briefings | Disabilities | First Lady Michelle Obama | First Ladies | The Judicial Branch |
| Video | Statements & Releases | Economy | Dr. Jill Biden | The Oval Office | The Constitution |
| Live Streams | Presidential Actions | Education | The Cabinet | The Vice President's Residence & Office | Federal Agencies & Commissions |
| Podcasts | Featured Legislation | Energy & Environment | White House Staff | Eisenhower Executive Office Building | Elections & Voting |
|  | Nominations & Appointments | Ethics | Executive Office of the President | Camp David | State & Local Government |
|  | Disclosures | Family | Other Advisory Boards | Air Force One | Resources |
|  |  | Fiscal Responsibility |  | White House Fellows |  |
|  |  | Foreign Policy |  | White House Internships |  |
|  |  | Health Care |  | White House 101 |  |
|  |  | Homeland Security |  | Tours & Events |  |
|  |  | Immigration |  |  |  |
|  |  | Poverty |  |  |  |
|  |  | Rural |  |  |  |
|  |  | Seniors & Social Security |  |  |  |
|  |  | Service |  |  |  |
|  |  | Taxes |  |  |  |
|  |  | Technology |  |  |  |
|  |  | Urban Policy |  |  |  |
|  |  | Veterans |  |  |  |
|  |  | Women |  |  |  |
|  |  | Additional Issues |  |  |  |