UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:09-cv-023129 (BAH) |
| v. ) | |
| ) | |
| UNITED STATES SECRET SERVICE ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant United States Secret Service stipulate to the dismissal of this action with prejudice. The parties further stipulate that each side shall bear their own attorney's fees and costs.

Dated:   April 14, 2014                                  Respectfully submitted,

/s/  James F. Peterson                                    STUART F. DELERY
Judicial Watch, Inc.                                             Assistant Attorney General
425 Third Street, S.W., Suite 800
Washington, DC 20024                                     JOHN R. TYLER
Tel:  (202) 646-5172                                          Assistant Branch Director
Fax: (202) 646-5199
jpeterson@judicialwatch.org                             /s/   BRAD P. ROSENBERG
                                                                            Trial Attorney
*Attorneys for Plaintiff*                                    U.S. Department of Justice
                                                                            Civil Division, Federal Programs Branch
                                                                            P.O. Box 883
                                                                            Washington, D.C.  20044
                                                                            Telephone:  (202) 514-3374
                                                                            Facsimile:  (202) 616-8460
                                                                            E-mail:  brad.rosenberg@usdoj.gov

                                                                            *Attorneys for the Defendant*
                                                                            *United States Secret Service*